UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11cr79-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER AND JUDGMENT** |
| ) | **CONFIRMING FORFEITURE** |
| YAKOTUS ODOM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On February 2, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Count One in the Superseding Bill of Indictment and evidence already on the record; and was adjudged guilty of the offenses charged in those counts.

On February 15, 2012 through March 15, 2012, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from February 15, 2012 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final.

All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Smith & Wesson 39-2, 9mm pistol, serial number A572053; and**

**Five (5) rounds of PMC 9mm ammunition.**

Signed: May 4, 2012

Max O. Cogburn Jr.
United States District Judge